THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN H. GREER, JR., Defendant-Appellant.

(No. 72-351;

Fifth District—April 4, 1974.

PER CURIAM.
EBERSPACHER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon (Richard E. Cunningham, Assistant Appellate Defender, and Anthony J. Coultas, Senior Law Student, of counsel), for appellant.

Michael J. Henshaw, State's Attorney, of Harrisburg, for the People.